## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
#### JONESBORO DIVISION

**GAYLE MEDLIN**                                                                                    **PLAINTIFF**

**V.**                              **Case No.  3:07CV00063-BD**

**MICHAEL J. ASTRUE,**
**Commissioner of the Social**
**Security Administration**                                                              **DEFENDANT**


### <u>JUDGMENT</u>

Pursuant to the Memorandum Opinion and Order entered this date, it is considered,

ordered and adjudged that the decision of the Commissioner is affirmed and that

Plaintiff's complaint is dismissed with prejudice.

IT IS SO ORDERED, this 19th day of August, 2008.


_____

UNITED STATES MAGISTRATE JUDGE